IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 08-118-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RUSSELL MODDISON, | |
| Defendant. | |

The United States has filed a motion to vacate the revocation hearing in the above-captioned matter and stay the case pending resolution of Russell Moddison's new federal criminal charges. (Doc. 103) The motion is unopposed. For good cause shown,

**IT IS HEREBY ORDERED** that the final revocation hearing set for Wednesday, May 20, 2020 at 9:30 a.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the revocation proceedings in this matter are **STAYED** pending resolution of *United States v. Russell Robert Moddison*, CR 20-27-GF-BMM.

DATED this 12th day of May, 2020.

_____
SUSAN P. WATTERS
United States District Judge